# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**CLARENCE BRANCH**                                      **CIVIL ACTION**

**VERSUS**                                               **NO.  14-906**

**UNITED STATES OF AMERICA, ET AL.**                     **SECTION "H" (3)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the

Magistrate Judge's Findings and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff's complaint be and is hereby DISMISSED WITH PREJUDICE for

failure to state a claim and for lack of subject-matter jurisdiction.

New Orleans, Louisiana, this 9th day July, 2014.

JANE TRICHE MILAZZO
**UNITED STATES DISTRICT JUDGE**